382 U.S. 373
 86 S.Ct. 543
 15 L.Ed.2d 422
 AMERICAN TRUCKING ASSOCIATIONS, INC., et al.
v.
UNITED STATES et al.
 No. 662.
 Supreme Court of the United States
 January 17, 1966
 
 Peter T. Beardsley, Richard R. Sigmon and Harry C. Ames, Jr., for appellants.
 Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, Robert W. Ginnane and Betty Jo Christian, for the United States and others.
 William M. Moloney, Hugh B. Cox, William H. Allen and James A. Bistline, for appellees Atchison, Topeka & Santa Fe Ry. Co. and others.
 PER CURIAM.
 
 
 1
 The motion of the Atchison, Topeka & Santa Fe Railway Company et al. to be added as parties appellee, is granted.
 
 
 2
 The motions to affirm are granted and the judgment is affirmed.